IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01771-PSF-MEH

TRIAD CONSULTANTS, INC., a Colorado corporation,

　　Plaintiff,

v.

JEFFREY A. WIGGINS, an individual,

　　Defendant.

---

**ORDER CONTINUING MOTIONS HEARING AND PROVIDING
NOTICE OF CONVERSION OF DEFENDANT'S MOTION TO MOTION
FOR SUMMARY JUDGMENT**

---

　　The Court has notified the parties that the hearing on Plaintiff's Motion for Preliminary Injunction and Defendant's Motion to Dismiss the First Claim, is CONTINUED to **Monday, December 4, 2006 at 2:00 p.m.**

　　The parties are further given notice pursuant to F.R.Civ.P. 12(c), that the Court may treat Defendant's Motion to Dismiss as a motion for judgment on the pleadings, and may take into consideration matters outside the pleadings so as to potentially convert the motion to one for summary judgment. In accordance with the guidance set forth in *First Am. Kickapoo Operations, L.L.C. v. Multimedia Games, Inc.*, 412 F.3d 1166, 1170 (10th Cir. 2005), the parties should be prepared to come forward with whatever evidence they have regarding this motion at the continued hearing on December 4, 2006.

DATED: December 1, 2006　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Phillip S. Figa*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Phillip S. Figa
　　　　　　　　　　　　　　　　　　　　United States District Judge