## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes　　　　　　　　Date: December 4, 2006
Court Reporter: Darlene Martinez

Civil Action No. 06-cv-01771-PSF-MEH

*Parties:*　　　　　　　　　　　　　　　　　　　　　*Counsel:*

TRIAD CONSULTANTS, INC., a Colorado　　　　　John Shunk
corporation,　　　　　　　　　　　　　　　　　　　　David Feeder, II

　　　Plaintiff,

v.

JEFFREY A. WIGGINS, an individual,　　　　　　　Thomas Arckey

　　　Defendant.

_____

### COURTROOM MINUTES
_____

HEARING: Continued Motions

**1:59 p.m.　　Court in session.**

Also present: Plaintiff Client Representative Ronald Burgy and Defendant Jeffrey Wiggins.

**Witness sworn for plaintiff: RONALD BURGY:**
2:01 p.m.　　Continued direct examination by Mr. Shunk.
2:05 p.m.　　Cross-examination.
2:09 p.m.　　Questions by the Court.
**2:12 p.m.　　Witness excused.**

Continued argument.

**ORDER:**　　Plaintiff's Motion for Preliminary Injunction **(7)** is **denied.**

**ORDER:**     Defendant's Fed.R.Civ.P. 12(b) Motion to Dismiss Plaintiff's First Claim for Relief and Denial of Supplemental Jurisdiction and Dismissal **(12)** is **granted.**

**ORDER:**     Unopposed Motion to Submit Proposed Order **(24)** is **denied as moot.**

**ORDER:**     The Court declines to exercise it's supplemental jurisdiction over the remaining claims, therefore the Second through Seventh Claims for Relief are **dismissed without prejudice.**

**ORDER:**     Defendant's Counterclaims are **dismissed without prejudice.**

**ORDER:**     The clerk of the court is directed to close the case.

**ORDER:**     Upon the conclusion of the **hearing**, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

**3:49 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 1:50.